```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SOFTWARE FOR MOVING, INC., a New York   :
corporation,                            :   09 Civ. 4341 (DLC)
                    Plaintiff,          :
                                        :        ORDER
        -v-                             :
                                        :
YURIY FRID, OZ MOVING AND STORAGE,      :
INC., a New York corporation, MEN ON    :
THE MOVE SELF STORAGE, INC., JOHN/JANE  :
DOES 1-100 and XYZ CORP.,               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09

DENISE COTE, District Judge:

The above-captioned case was filed On May 5, 2009. On September 15, 2009, defendant, Yuriy Frid, filed his answer pro se. Since pro se matters are exempt from Electronic Case Filing, it is hereby

ORDERED that this case is no longer designated Electronic Case Filing.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         October 13, 2009

                            _____
                                  DENISE COTE
                            United States District Judge

COPIES SENT TO:

Vik Pawar, Esq.
305 Broadway, Suite 1100
New York, NY 10008

James E. Iniguez, Esq.
61 Broadway, Suite 1030
New York, NY 10006

Yuriy Frid
340 East 93rd Street, #17D
New York, NY 10128