```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SOFTWARE FOR MOVING, INC.               :
                    Plaintiff,          :
                                        :
            -v-                         :   09 Civ. 4341 (DLC)
                                        :
YURI FRID, OZ MOVING AND STORAGE, INC., :   ORDER
MEN ON THE MOVE SELF STORAGE CENTER,    :
INC., JOHN/JANE DOES 1-100, and XYZ     :
CORP.,                                  :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    By letter dated April 19, 2010, attorney Vikrant Pawar requests to withdraw as plaintiff's counsel in this matter. Plaintiff is a corporation and as such, must be represented by an attorney in federal court. See Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997). Accordingly, it is hereby

    ORDERED that plaintiff must advise the Court in writing by **April 30, 2010**, whether it opposes Mr. Pawar's request to withdraw as its counsel. Plaintiff must mail or deliver its letter to the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that in the event that Mr. Pawar's request is granted, this case shall be dismissed if an attorney does not file a notice of appearance on plaintiff's behalf by **May 14, 2010**.

IT IS FURTHER ORDERED that Mr. Pawar must serve a copy of this Order on plaintiff forthwith.

SO ORDERED:

Dated:   New York, New York
         April 22, 2010

                                  _____
                                        DENISE COTE
                                  United States District Judge

2

**COPIES SENT TO:**

Vik Pawar, Esq.
305 Broadway, Suite 1100
New York, NY 10008

James E. Iniguez, Esq.
61 Broadway, Suite 1030
New York, NY 10006

Yuriy Frid
340 East 93rd Street, #17D
New York, NY 10128