```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SOFTWARE FOR MOVING, INC.               :
                      Plaintiff,        :
                                        :
              -v-                       :   09 Civ. 4341 (DLC)
                                        :
YURI FRID, OZ MOVING AND STORAGE, INC., :   ORDER
MEN ON THE MOVE SELF STORAGE CENTER,    :
INC., JOHN/JANE DOES 1-100, and XYZ     :
CORP.,                                  :
                      Defendants.       :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/10

DENISE COTE, District Judge:

On July 30, 2010, the Court received in its Chambers an application from attorney Herman Kamrowski to withdraw as plaintiff's counsel in this matter. Plaintiff does not oppose this request. Plaintiff is a corporation and as such, must be represented by an attorney in federal court. See Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997). Accordingly, it is hereby

ORDERED that Mr. Kamrowski's request to withdraw as plaintiff's counsel is granted. The Clerk of Court shall terminate Mr. Kamrowski's appearance in this action.

IT IS FURTHER ORDERED that if an attorney does not file a notice of appearance on behalf of the plaintiff by August 6, 2010, this case shall be dismissed.

IT IS FURTHER ORDERED that Mr. Kamrwoski must serve a copy of this Order on plaintiff forthwith.

SO ORDERED:

Dated:   New York, New York
         July 30, 2010

                                   _____
                                          DENISE COTE
                                   United States District Judge

**COPIES SENT TO:**

Herman V. Kamrowski, Esq  
107-23 71st Rd., Ste 130  
Forest Hills, NY 11375

James E. Iniguez, Esq.  
61 Broadway, Suite 1030  
New York, NY 10006

Yuriy Frid  
340 East 93rd Street, #17D  
New York, NY 10128